# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRENNA MCLAIN<br>*Plaintiff* | : <br> : <br> : | CIVIL ACTION <br><br> NO. 14-5774 |
| v. | : <br> : | |
| EQUIFAX INFORMATION<br>SERVICES, LLC<br>*Defendant* | : <br> : <br> : | |

FILED
DEC 23 2014
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## ORDER

**AND NOW,** this 23rd day of December 2014, it is hereby **ORDERED** that a rule is issued for Plaintiff to show cause, by **January 9, 2015,** why this matter should not be dismissed for improper venue. Defendant's response is due no later than **January 26, 2015**. Further, the Order scheduling the January 7, 2015, preliminary pretrial conference remains in effect.

                                 **BY THE COURT:**

                                 *[signature]*
                                 **NITZA I. QUIÑONES ALEJANDRO, J.**